UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DOUGLAS PIHL AND** | * | CASE NO. |
| **NINA PIHL** | * | 2006-4561 |
| PLAINTIFFS | * | |
| | * | |
| **VERSUS** | * | SECTION: "K" |
| | * | JUDGE STANWOOD DUVAL, JR. |
| **USAA CASUALTY INSURANCE** | * | |
| **COMPANY** | * | MAGISTRATE: "1" |
| DEFENDANT | * | JUDGE SALLY SHUSHAN |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

**CONSIDERING THE FOREGOING** Motion for Voluntary Dismissal;

**IT IS HEREBY ORDERED THAT** the plaintiffs' suit against USAA Casualty Insurance Company is hereby dismissed, without prejudice.

**NEW ORLEANS, LOUISIANA,** this 15th day of March, 2007.

_____
Stanwood R. Duval
United States District Judge

1